IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TORIAN GAITHER,**

    Plaintiff,

v.                                        Civil Action No. **3:12CV630**

**STEPHEN J. WEISBROD,**

    Defendant.

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation (ECF No. 20) is ACCEPTED and ADOPTED;

3. Gaither's claims and the action are DISMISSED; and,

4. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Gaither desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Final Order to Gaither.

And it is so ORDERED.

Date: 4-1-14
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge